**MR**

 **RECEIVED** JKS
4/21/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Jose Cruz,
(other unknown class members)

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:26-cv-04548
Judge Edmond E. Chang
Magistrate Judge Keri L. Holleb Hotaling
PC 2
Random/Cat 3

vs.

State of Illinois,
Cook County,
Sharone R. Mitchell Jr,
Amber Klinge,
(other unknown Assit.
Public Defenders.)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

### CHECK ONE ONLY:

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

／     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

**OTHER** (cite statute, if known) A.D.A

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING."* *FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PG 1 OF 14

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: Jose Cruz

B.  List all aliases: N|A

C.  Prisoner identification number: ID# 2025 0729009

D.  Place of present confinement: Cook County Jail D.O.C

E.  Address: 2700 S. CAlifornia, Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: State of Illinois

Title: State of Illinois

Place of Employment: State of Illinois /unknown

B.  Defendant: Cook County

Title: Cook County

Place of Employment: State of Illinois /unknown

C.  Defendant: Sharone R. Mitchell Jr.

Title: Public Defender of Cook County

Place of Employment: States of Illinois, Cook County

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PG 2 OF 14

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Unknown Class members (Females / males / other)

B. List all aliases: Unknown

C. Prisoner identification number: Unknown

D. Place of present confinement: Cook County Jail D.O.C

E. Address: 2700 S. California Ave, Chicago IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Amber Klinge

   Title: Assistance Public Defender

   Place of Employment: Cook County

B. Defendant: Unknown Public Defenders

   Title: Assistance Public Defender

   Place of Employment: Cook County

C. Defendant: N/A

   Title: N/A

   Place of Employment: N/A

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PG 3 OF 14

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Jose Cruz - US·I·D·O·C, Dennis Cross
CASE NO· 08-CV- 4873

B. Approximate date of filing lawsuit: 2007 - 2008

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NonE

D. List all defendants: IDO·C, Dennis Cross, Sandra Griffin, Troy Dunlap

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois, Eastern Division

F. Name of judge to whom case was assigned: Robert M. Daw Jr.

G. Basic claim made: Excessive use of force

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): (Reach Settlement)

I. Approximate date of disposition: Cant Recall

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PG 4 OF 14

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: Gar Jose Cruz vs Thomas Dart CASE NO: 11 CV 00630

B.  Approximate date of filing lawsuit: 2011

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: Thomas Dart, Cook County, Cermak Health Service

NONE

D.  List all defendants: Cook County, Thomas Dart, Cermak health Service

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois, Eastern Division

F.  Name of judge to whom case was assigned: Robert M. Dow Jr.

G.  Basic claim made: Denial of Medical and Mental health treatment, A.D.A

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): (Reach Settlement)

I.  Approximate date of disposition: (Can't Recall)

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

A

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PG. 5 OF 14

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Jose Cruz - VS- Cook County, Case No 14 CV 7935

B. Approximate date of filing lawsuit: 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: none

D. List all defendants: Cook County Sheriff office, Cook County Cermak Health Services, Cook County

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois, Eastern Division

F. Name of judge to whom case was assigned: Robert M. Daw Jr.

G. Basic claim made: Denial of Medical /A.D.A Mental Health

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): (Reach Settlement)

I. Approximate date of disposition: (Can't Recall)

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PG. 6 OF 14

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Unknown Class Members (Females, Males, other) N/A

B. Approximate date of filing lawsuit: N/A (Don't Know)

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A (Don't Know)

D. List all defendants: N/A (Don't Know)

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A (Don't Know)

F. Name of judge to whom case was assigned: N/A (Don't Know)

G. Basic claim made: N/A (Don't Know)

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A (Don't Know)

I. Approximate date of disposition: N/A (Don't Know)

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PG 7 OF 14

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.     Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

JURISDICTION AND VENUE

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. T___ ___ ___ ___ ___ ___ ___

___ ___ ___ ___ ___ ___

Plaintiff's seek declaratory relief pursuant to 28 U.S.C Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C Section 2283 and 2284 and Rule 65 of the federal Rules of Civil Procedures.

PLAINTIFFS

Plaintiff, Jose Cruz, is and was at all times mentioned here in a pretrial detainee awaiting trial. Currently in custody at Cook County Jail Department of Corrections in the City of Chicago state of Illinois.

Plaintiff's unknown males, females and others. Are class members. Currently in custody at Cook County

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PG 8 OF 14

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Jail Department of Corrections in the City of Chicago state of Illinois.

DEFENDANTS

Each defendant is sued individually and in his or [her] official capacity. At all times mentioned in this Complaint, each defendant acted under the color of state law.

In direct violation of American with Disabilities Act and the Rehabilitation Act.

FACTS

On July 28 of 2025, plaintiff Jose Cruz was detained at Cook County Jail. Due to STATE of Illinois SAFETY ACT there is no bail available.

Plaintiff Jose Cruz, was appointed a Court appointed Assistance Public defender, Amber Klinge where plaintiff requested a speedy trial in numerous of ways, writing pro-se motions, emails to Amber Klinge and her supervisor and orally in front of a judge at Skokie Courthouse.

As a result Amber Klinge Assistance Public

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PG 9 OF 14

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defender has "Stated in open Court and through transcripts," that she was not prepare for trial and would need more time".

Plaintiff Jose Cruz wrote a letter to the Attorney Registration and Disciplinary Commission of the Supreme Court of illinois. In regards to his Constitutional rights to a speedy trial and adequate representation and ineffective assistance of Counsel. On October 27, 2025, Althea K. Welsh Deputy Administrator wrote to plaintiff, Jose Cruz. (Please See Exhibit A)

On Feberuary 9 of 2026 Plaintiff, Jose Cruz wrote again to the A.R.D.C of the Supreme Court of Illinois Complaint on Sharone R. Mitchell Jr.. As well Sent an email through a third party over the phone to address the issue with the Department of Justice civil rights Division. (Still no response from the D.O.J)

On February 19 of 2026, Althea K. Welsh Deputy Administrator wrote to plaintiff, Jose Cruz (PLEASE SEE Exhibit B)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Revised 9/2007

PG 10 OF 14

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Sharone R. Mitchell Jr. through his action and official role as Cook County Public defender has contributed to violations of the sixth Amendment to the U.S. Constitution, the fourteenth Amendment to the U.S. Constitution due process and equal protection.

Parallel provision of Illinois Constitution specific issues and patterns indentified.

1) Speedy trial          5) inadequate assitance of Counsel
2) privacy               6) Malpractice
3) ethical               7) American with Disibilities Act
4) discrimination        8) Human Rights. Act

These issues have resulted in plaintiff's Jose cruz and others class members. Being deprived of a right to a fair trial, equal protection, and adequate legal representation.

Court appointed Assistance Public defenders are under staffed, over worked on case loads, leaving them unable to properly pre pare, pre trial motions or trial defenses.

This has led to the loss of exculpatory evidence and harm to plaintiffs Jose cruz

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PG 11 OF 14

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

and Class members criminal cases.

Additionally Assistance public defenders are not adequately trained or equipped to assist certain plaintiff's with mental disorders, conditions, as well as medical health issue during these proceedings, resulting in great delays for a speedy trial and in gross violations.

Cook County Public defender Sharone R. Mitchell Jr, who is in charge under his direct obligation and title. Therefore deliberate indifference, abuse to the rights of all plaintiff Jose cruz and Class members.

This is a conclusion of legal Mal practice, ethical violations, misconduct discrimination. This pattern of abuse may also be occuring in other County with a large population.

All Defendants are under staff and are working with extreme duress with plaintiff's legal criminal cases.

LEGAL CLAIMS

THe deliberate indifference to plaintiff's

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Sixth and fourteenth Amendment rights to the Constitution of fair trial and adequate representation and discrimination of state encouragment practice (state created danger).

The plaintiff's Joy Cere, and class members, has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff Joy Cere, and Class members has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiffs seeks.

° First ~~refeif~~ relief conduct thorough investigation into conduct and all Assistance Public defendors office

° Review and preserve logs of cases assign to each public defender weekly, montly, annually,

° Interview plaintiff's over the past two years about their inadequate legal representation.

° Take appropiate disciplinary actions, including possible reprimand.

° Recommend policies or limit on case loads to ensure ethical and Constitional compliance.

8

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PG. 13 OF 14

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

TEMporary restraining order and a preliminary injunction be sought through the federal Courts to halt majority violations. Compensatory damage in the amount of $ nine hundred million dollars against each defendants, jointly and severerally. Punitive damage in the amount of five hundred million dollars against each defendants. Any additional relief this Court deems, just, proper, and equitable.

**VI.    The plaintiff demands that the case be tried by a jury.**    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___2___ day of _April_ , 20_26_

April 2, 2026

_Jose Cruz_
(Signature of plaintiff or plaintiffs)

Jose Cruz
(Print name)

# ~~###~~ 20250729009
(I.D. Number)

Cook County Jail, Division 8
2700 S. California Ave.
Chicago IL 60608
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PG 14 OF 14



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Jose Cruz
2025-0729009
P. O. Box 089002
Chicago, IL  60608

Chicago
October 27, 2025

Re:    Amber Klinge
       in relation to
       Jose Cruz
       No. 2025IN04518

Dear Mr. Cruz:

We have received your complaint regarding Amber Klinge.

As you may know, the duties of this Commission relate primarily to investigating and prosecuting allegations of professional misconduct against attorneys. When we have sufficient evidence of serious misconduct by an attorney, we may initiate proceedings seeking disciplinary sanctions against the lawyer, such as suspension or disbarment from the practice of law. We cannot review or decide any issues in your case and cannot intervene in your legal matters in any way.

Your complaints relate to Ms. Klinge's effectiveness as your counsel. Allegations of ineffective assistance of counsel are appropriately addressed and resolved in the courts through motions, appeals, petitions for post-conviction relief, and other legal actions. Therefore, as a general policy, this Commission will not act on such allegations unless and until there has been a court finding that a lawyer was ineffective.

If you have not already done so, you may wish to raise your concerns about Ms. Klinge's representation in court. If in the future, any court finds that the attorney failed to represent you effectively, we invite you to send us a copy of the court's decision. At that time, we will be pleased to review the matter to determine whether action by this Commission might be warranted. At this time, however, we will take no action in the matter.

Very truly yours,

/s/ *Althea K. Welsh*

Althea K. Welsh
Deputy Administrator, Intake
         and Administration
ARDC Intake Division

AKW:ck
k4925-5255-4869, v. 1

 ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

| | |
|---|---|
| One Prudential Plaza<br>130 East Randolph Drive, Suite 1500<br>Chicago, Illinois 60601-6219<br>(312) 565-2600  (800) 826-8625<br>Fax (312) 565-2320 | 3161 West White Oaks Drive, Suite 301<br>Springfield, IL 62704<br>(217) 546-3523  (800) 252-8048<br>Fax (217) 546-3785 |

Jose Cruz
2025-0729009
P. O. Box 089002
Chicago, IL  60608

Chicago
February 19, 2026

Re:   Sharone R. Mitchell, Jr.
in relation to
Jose Cruz
No. 2026IN00869

Dear Mr. Cruz:

We have received your complaint regarding Sharone R. Mitchell. Jr.

The duties of this Commission (ARDC) relate primarily to investigating and prosecuting alleged specific violations of the Illinois Rules of Professional Conduct (IRPC) by specific attorneys. When we have clear evidence of specific rule violations, we can initiate proceedings seeking disciplinary action against an attorney, such as suspension or disbarment from the practice of law.

The ARDC does not interpret or enforce laws and rules other than the IRPC, including those referenced in your complaint. Additionally, systemic deficiencies in the United States criminal justice system are appropriately addressed at the government level, rather than through disciplinary proceedings against individual attorneys.

While we understand your concerns, your complaint does not provide sufficient factual information indicating specific acts of misconduct by individual lawyers to warrant further action by this agency. We note that allegations of ineffective assistance of counsel are appropriately addressed and resolved in the courts through motions, appeals, petitions for post-conviction relief, and other legal actions. Therefore, as a general policy, this Commission will not act on such allegations unless and until there has been a court finding that a lawyer was ineffective.

Very truly yours,

/s/ *Althea K. Welsh*

Althea K. Welsh
Deputy Administrator, Intake
and Administration
ARDC Intake Division

AKW:ck
4933-9644-6352, v. 1

TO:                                                        4-8-26

  Clerk of the U.S. District Court,

  I have submitted the following:

1. Motion for Attorney representation
2. Proceed in Forma Pauperis
3. 6 Copies of my 1983 civil Right Complaints
   with attach Exhibits.

  Please note:
  we do not have an actual Law-Library
here at Cook County Jail O.O.C. They are understaff,
and difficult to obtain legal Assistance.

  Please Send a copy file stamp back to me.

Thank you


    Jose Cruz 10#20250729009
    Cook County Jail Division 8
    2700 S. California Ave.
    Chicago Jl. 60608

JOSE Cruz # 2025-0729009
Cook County Jail - Division 8
2700 S. California Ave.
Chicago, Il. 60608



CERTIFIED MAIL

7018 3090 0000 1751 5131

RECEIVED
APR 21 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

04/21/2026-17

APR 2 1 REC'D

To:
Clerk of The U.S. District
UNITED STATES Courthouse
219 S. Dearborn St. - 20th Flr.
Chicago IL. 60604