1:26-cv-04548
Judge Edmond E. Chang
Magistrate Judge Keri L. Holleb Hotaling
PC 2
Random/Cat 3

**United States District Court**
**Northern District of Illinois**
## Prisoner Civil Cover Sheet



**FILED**
4/21/2026
JKS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):**                                    **Defendant(s):**

**County of Residence:**                  **County of Residence:**

**Plaintiff's Address:**                      **Defendant's Attorney:**
**Name:**

**Unit Field:**

**(Prisoner ID Field (USM# ONLY)**

**Address:**

**Basis of Jurisdiction:**    ☐ 1. U.S. Government Plaintiff    ☐ 3. Federal Question
                                                                                        (U.S. gov't. not a party)

                                         ☐ 2. U.S. Government Defendant    ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

                    **Plaintiff:**                    **Defendant:**

**Origin:**        ☐ 1. Original Proceeding        ☐ 5. Transferred from Other
                                                                                        District

                      ☐ 2. Removed from State Court    ☐ 6. MultiDistrict Litigation

                      ☐ 3. Remanded from Appellate Court    ☐ 7. Appeal to District Judge
                                                                                              from Magistrate Judgment

                      ☐ 4. Reinstated or Reopened

**Nature of Suit:**

**Cause of Action:**

**Jury Demand:**        ☐ Yes          ☐ No

**Signature:** _____    **Date:** _____

Rev. 02/12/2019