

FILED

4/21/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MR    JKS

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

(full name of plaintiff or petitioner)

Jose Cruz, class members

vs.

Cook County, Sharon Mitchell Jr.

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(PRISONER CASES)**

Case number:

1:26-cv-04548
Judge Edmond E. Chang
Magistrate Judge Keri L. Holleb Hotaling
PC 2
Random/Cat 3

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

☑ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

☑ to request an attorney

1. *Are you in custody?* ☑ Yes ☐ No
   ID # 2025072 9009    Name of jail or prison: Cook County Jail
   Do you receive any payment from this institution? ☐ Yes ☑ No
   If "Yes," how much per month? $ Ø

2. *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

(list the 12-month total for each)

| Source | Amount |
|---|---|
| Self-employment, business, or profession: | $ NONE |
| Income from interest or dividends: | $ NONE |
| Income from rent payments: | $ NONE |
| Pensions, annuities, or life insurance: | $ NONE |
| Disability or worker's compensation: | $ 745.00 |
| Gifts: | $ NONE |
| Deposits by others into your jail or prison account: | $ over $1,000.00 |
| Unemployment, public assistance, or welfare: | $ NONE |
| Settlements or judgments: | $ NONE |
| **Any other source of money:** | $ Sports bet $150.00 |

Page 1 of 2

Rev. 2/2020

3. *Cash and bank accounts:* Do you have any money in cash or in a checking or savings account? [✓] Yes [ ] No If yes, how much? **$ 1400.00**

4. *Other assets:* Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? [ ] Yes [✓] No

   If yes, list each item of property and state its approximate value:

5. *Dependents:* Is anyone dependent on you for support? [✓] Yes [ ] No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   A. C     child    Support $350. monthly    (daughter) Age 11
   A. C     child    Support $300 monthly    (daughter) Age 8

6. *Debts and financial obligations:* List any amounts you owe to others:

   Child Support $650.00 monthly
   Student loan (unknown)

**Declaration:** I declare under penalty of perjury that all of the information listed above is true and correct.

I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 4/1/26

_____
*Applicant's signature*

Jose Cruz
_____
*Printed name*

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE (Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named above, Jose Cruz , ID # 6250729009, has the sum of $ 41.44 on account to his/her credit at CCDOC DW 8 RTU (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ 329.17 . (Add all deposits from all sources and then divide by the number of months.)

Date: 4/8/26

_____
*Signature of authorized officer*

Jose Correa
_____
*Printed name*

Rev. 2/2020

# Resident Transaction Details

Transactions From 7/29/2025 12:00 AM to 4/8/2026 11:59 PM

## 0350872 : Cruz, Jose

### DIV8 RTU 5C D2

| Cook Checking Main Balance: | $41.44 |
| --- | --- |

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11123375 | 3/26/2026 | BillPay | | | PAYMENT FOR TRANS 11123374 | -$110.34 | $41.44 |
| 11123374 | 3/26/2026 | Bill | $110.34 | $110.34 | Commissary : COMMISSARY 3/26/2026 REF:17315 | | $151.78 |
| 11118574 | 3/25/2026 | BillPay | | | PAYMENT FOR TRANS 11118573 | -$14.14 | $151.78 |
| 11118573 | 3/25/2026 | Bill | $14.14 | $14.14 | Certified Mail : COOK COUNTY COMPTROLLER | | $165.92 |
| 11110455 | 3/24/2026 | BillPay | | | PAYMENT FOR TRANS 11110454 | -$4.75 | $165.92 |
| 11110454 | 3/24/2026 | Bill | $4.75 | $4.75 | Law Library : LAW LIBRARY | | $170.67 |
| 11100437 | 3/23/2026 | BillPay | | | PAYMENT FOR TRANS 11100436 | -$20.00 | $170.67 |
| 11100436 | 3/23/2026 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 3/23/2026 REF:17293 | | $190.67 |
| 11091003 | 3/22/2026 | CredPay | | | PAYMENT FOR TRANS 11091002 | $150.00 | $190.67 |
| 11091002 | 3/22/2026 | Credit | $150.00 | $150.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $40.67 |
| 11091001 | 3/22/2026 | StlmntRcpt | | | | $150.00 | $190.67 |
| 11090976 | 3/22/2026 | Settlement | | | | -$150.00 | $190.67 |
| 11090946 | 3/22/2026 | CredPay | | | PAYMENT FOR TRANS 11090945 | $150.00 | $190.67 |
| 11090945 | 3/22/2026 | Credit | $150.00 | $150.00 | JailATM : JailATM Web Deposit GC# 83864574 by Sebastian Villa | | $40.67 |

# 0350872 : Cruz,  Jose

## DIV8 RTU 5C D2

| Cook Checking Main Balance: | $41.44 |
|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Paid By: Sebastian  Villa<br>819 W 194th St.<br>Chicago Heights , IL  60411 | | |
| 11059410 | 3/19/2026 | BillPay | | | PAYMENT FOR TRANS 11059409 | -$124.89 | $40.67 |
| 11059409 | 3/19/2026 | Bill | $124.89 | $124.89 | Commissary : COMMISSARY 3/19/2026 REF:17277 | | $165.56 |
| 11037390 | 3/16/2026 | BillPay | | | PAYMENT FOR TRANS 11037389 | -$20.00 | $165.56 |
| 11037389 | 3/16/2026 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 3/16/2026 REF:17260 | | $185.56 |
| 11023579 | 3/15/2026 | CredPay | | | PAYMENT FOR TRANS 11023578 | $150.00 | $185.56 |
| 11023578 | 3/15/2026 | Credit | $150.00 | $150.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $35.56 |
| 11023577 | 3/15/2026 | StlmntRcpt | | | | $150.00 | $185.56 |
| 11023561 | 3/15/2026 | Settlement | | | | -$150.00 | $185.56 |
| 11023532 | 3/15/2026 | CredPay | | | PAYMENT FOR TRANS 11023531 | $150.00 | $185.56 |
| 11023531 | 3/15/2026 | Credit | $150.00 | $150.00 | JailATM : JailATM Web Deposit GC# 83596335 by Sebastian Villa<br>Paid By: Sebastian  Villa<br>819 W 194th St.<br>Chicago Heights , IL  60411 | | $35.56 |
| 10990878 | 3/11/2026 | BillPay | | | PAYMENT FOR TRANS 10990877 | -$20.88 | $35.56 |
| 10990877 | 3/11/2026 | Bill | $20.88 | $20.88 | Certified Mail : COOK COUNTY COMPTROLLER | | $56.44 |
| 10978678 | 3/10/2026 | BillPay | | | PAYMENT FOR TRANS 10978677 | -$17.30 | $56.44 |
| 10978677 | 3/10/2026 | Bill | $17.30 | $17.30 | Commissary : COMMISSARY 3/10/2026 REF:17232 | | $73.74 |

# 0350872 : Cruz, Jose

## DIV8 RTU 5C D2

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 10973107 | 3/9/2026 | BillPay | | | PAYMENT FOR TRANS 10973106 | -$15.00 | $73.74 |
| 10973106 | 3/9/2026 | Bill | $15.00 | $15.00 | Commissary : COMMISSARY 3/9/2026 REF:17229 | | $88.74 |
| 10905794 | 3/3/2026 | BillPay | | | PAYMENT FOR TRANS 10905793 | -$99.70 | $88.74 |
| 10905793 | 3/3/2026 | Bill | $99.70 | $99.70 | Commissary : COMMISSARY 3/3/2026 REF:17197 | | $188.44 |
| 10899707 | 3/2/2026 | BillPay | | | PAYMENT FOR TRANS 10899706 | -$15.00 | $188.44 |
| 10899706 | 3/2/2026 | Bill | $15.00 | $15.00 | Commissary : COMMISSARY 3/2/2026 REF:17194 | | $203.44 |
| 10884640 | 3/1/2026 | CredPay | | | PAYMENT FOR TRANS 10884639 | $150.00 | $203.44 |
| 10884639 | 3/1/2026 | Credit | $150.00 | $150.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $53.44 |
| 10884638 | 3/1/2026 | StlmntRcpt | | | | $150.00 | $203.44 |
| 10884619 | 3/1/2026 | Settlement | | | | -$150.00 | $203.44 |
| 10884579 | 3/1/2026 | CredPay | | | PAYMENT FOR TRANS 10884578 | $150.00 | $203.44 |
| 10884578 | 3/1/2026 | Credit | $150.00 | $150.00 | JailATM : JailATM Web Deposit GC# 83085834 by Sebastian Villa<br>Paid By: Sebastian Villa<br>819 W 194th St.<br>Chicago Heights , IL  60411 | | $53.44 |
| 10830099 | 2/23/2026 | BillPay | | | PAYMENT FOR TRANS 10830098 | -$50.00 | $53.44 |
| 10830098 | 2/23/2026 | Bill | $50.00 | $50.00 | Commissary : COMMISSARY 2/23/2026 REF:17156 | | $103.44 |
| 10799347 | 2/20/2026 | CredPay | | | PAYMENT FOR TRANS 10799346 | $100.00 | $103.44 |
| 10799346 | 2/20/2026 | Credit | $100.00 | $100.00 | ACH Settlement Fund : Primary balance receipt from | | $3.44 |

# 0350872 : Cruz, Jose

## DIV8 RTU 5C D2

| Cook Checking Main Balance: | $41.44 |
|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| | | | | | TF Checking | | |
| 10799345 | 2/20/2026 | StlmntRcpt | | | | $100.00 | $103.44 |
| 10799329 | 2/20/2026 | Settlement | | | | -$100.00 | $103.44 |
| 10799314 | 2/20/2026 | CredPay | | | PAYMENT FOR TRANS 10799313 | $100.00 | $103.44 |
| 10799313 | 2/20/2026 | Credit | $100.00 | $100.00 | JailATM : JailATM Web Deposit GC# 82770014 by Sebastian Villa Paid By: Sebastian Villa 819 W 194th St. Chicago Heights , IL 60411 | | $3.44 |
| 10768276 | 2/17/2026 | BillPay | | | PAYMENT FOR TRANS 10768275 | -$122.27 | $3.44 |
| 10768275 | 2/17/2026 | Bill | $122.27 | $122.27 | Commissary : COMMISSARY 2/17/2026 REF:17124 | | $125.71 |
| 10762922 | 2/16/2026 | BillPay | | | PAYMENT FOR TRANS 10762921 | -$13.00 | $125.71 |
| 10762921 | 2/16/2026 | Bill | $13.00 | $13.00 | Commissary : COMMISSARY 2/16/2026 REF:17121 | | $138.71 |
| 10732357 | 2/13/2026 | CredPay | | | PAYMENT FOR TRANS 10732356 | $100.00 | $138.71 |
| 10732356 | 2/13/2026 | Credit | $100.00 | $100.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $38.71 |
| 10732355 | 2/13/2026 | StlmntRcpt | | | | $100.00 | $138.71 |
| 10732345 | 2/13/2026 | Settlement | | | | -$100.00 | $138.71 |
| 10732324 | 2/13/2026 | CredPay | | | PAYMENT FOR TRANS 10732323 | $100.00 | $138.71 |
| 10732323 | 2/13/2026 | Credit | $100.00 | $100.00 | JailATM : JailATM Web Deposit GC# 82515579 by Sebastian Villa Paid By: Sebastian Villa | | $38.71 |

# 0350872 : Cruz, Jose

## DIV8 RTU 5C D2

| Cook Checking Main Balance: | $41.44 |
|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| | | | | | 819 W 194th St.<br>Chicago Heights , IL  60411 | | |
| 10703590 | 2/10/2026 | BillPay | | | PAYMENT FOR TRANS 10703589 | -$123.57 | $38.71 |
| 10703589 | 2/10/2026 | Bill | $123.57 | $123.57 | Commissary : COMMISSARY 2/10/2026 REF:17092 | | $162.28 |
| 10698181 | 2/9/2026 | BillPay | | | PAYMENT FOR TRANS 10698180 | -$30.00 | $162.28 |
| 10698180 | 2/9/2026 | Bill | $30.00 | $30.00 | Commissary : COMMISSARY 2/9/2026 REF:17089 | | $192.28 |
| 10690741 | 2/9/2026 | CredPay | | | PAYMENT FOR TRANS 10690740 | $25.00 | $192.28 |
| 10690740 | 2/9/2026 | Credit | $25.00 | $25.00 | Payroll : TCN: 20260209177442 | PR6 2/7/26 DIV6 BARBERSHOP | | $167.28 |
| 10666717 | 2/6/2026 | CredPay | | | PAYMENT FOR TRANS 10666716 | $100.00 | $167.28 |
| 10666716 | 2/6/2026 | Credit | $100.00 | $100.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $67.28 |
| 10666715 | 2/6/2026 | StlmntRcpt | | | | $100.00 | $167.28 |
| 10666486 | 2/6/2026 | Settlement | | | | -$100.00 | $167.28 |
| 10666357 | 2/6/2026 | CredPay | | | PAYMENT FOR TRANS 10666356 | $100.00 | $167.28 |
| 10666356 | 2/6/2026 | Credit | $100.00 | $100.00 | JailATM : JailATM Web Deposit GC# 82275012 by Sebastian Villa<br>Paid By: Sebastian  Villa<br>819 W 194th St.<br>Chicago Heights , IL  60411 | | $67.28 |
| 10643442 | 2/3/2026 | CredPay | | | PAYMENT FOR TRANS 10643441 | $25.00 | $67.28 |
| 10643441 | 2/3/2026 | Credit | $25.00 | $25.00 | Payroll : TCN: 20260203166818 | PR5 1/31/26 DIV6 | | $42.28 |

# 0350872 : Cruz, Jose

## DIV8 RTU 5C D2

| Cook Checking Main Balance: | $41.44 |
|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| | | | | | BARBERSHOP | | |
| 10640063 | 2/3/2026 | BillPay | | | PAYMENT FOR TRANS 10640062 | -$118.00 | $42.28 |
| 10640062 | 2/3/2026 | Bill | $118.00 | $118.00 | Commissary : COMMISSARY 2/3/2026 REF:17060 | | $160.28 |
| 10634220 | 2/2/2026 | BillPay | | | PAYMENT FOR TRANS 10634219 | -$40.00 | $160.28 |
| 10634219 | 2/2/2026 | Bill | $40.00 | $40.00 | Commissary : COMMISSARY 2/2/2026 REF:17056 | | $200.28 |
| 10604704 | 1/30/2026 | CredPay | | | PAYMENT FOR TRANS 10604703 | $200.00 | $200.28 |
| 10604703 | 1/30/2026 | Credit | $200.00 | $200.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $0.28 |
| 10604702 | 1/30/2026 | StlmntRcpt | | | | $200.00 | $200.28 |
| 10604695 | 1/30/2026 | Settlement | | | | -$200.00 | $200.28 |
| 10604690 | 1/30/2026 | CredPay | | | PAYMENT FOR TRANS 10604689 | $200.00 | $200.28 |
| 10604689 | 1/30/2026 | Credit | $200.00 | $200.00 | JailATM : JailATM Web Deposit GC# 82039930 by Sebastian Villa<br>Paid By: Sebastian Villa<br>819 W 194th St.<br>Chicago Heights , IL  60411 | | $0.28 |
| 10574541 | 1/27/2026 | BillPay | | | PAYMENT FOR TRANS 10574540 | -$95.25 | $0.28 |
| 10574540 | 1/27/2026 | Bill | $95.25 | $95.25 | Commissary : COMMISSARY 1/27/2026 REF:17022 | | $95.53 |
| 10569411 | 1/26/2026 | BillPay | | | PAYMENT FOR TRANS 10569410 | -$25.00 | $95.53 |
| 10569410 | 1/26/2026 | Bill | $25.00 | $25.00 | Commissary : COMMISSARY 1/26/2026 REF:17019 | | $120.53 |
| 10517584 | 1/20/2026 | BillPay | | | PAYMENT FOR TRANS 10517583 | -$124.63 | $120.53 |

# 0350872 : Cruz, Jose

## DIV8 RTU 5C D2

| Cook Checking Main Balance: | $41.44 |
| --- | --- |

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10517583 | 1/20/2026 | Bill | $124.63 | $124.63 | Commissary : COMMISSARY 1/20/2026 REF:16987 | | $245.16 |
| 10513233 | 1/19/2026 | BillPay | | | PAYMENT FOR TRANS 10513232 | -$20.00 | $245.16 |
| 10513232 | 1/19/2026 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 1/19/2026 REF:16984 | | $265.16 |
| 10507310 | 1/19/2026 | CredPay | | | PAYMENT FOR TRANS 10507309 | $25.00 | $265.16 |
| 10507309 | 1/19/2026 | Credit | $25.00 | $25.00 | Payroll : TCN: 20260119165207 | PR3 1/17/26 DIV6 BARBERSHOP | | $240.16 |
| 10507296 | 1/19/2026 | CredPay | | | PAYMENT FOR TRANS 10507295 | $20.00 | $240.16 |
| 10507295 | 1/19/2026 | Credit | $20.00 | $20.00 | Payroll : TCN: 20260119165200 | PR3 1/10/26 DIV6 BARBERSHOP | | $220.16 |
| 10507282 | 1/19/2026 | CredPay | | | PAYMENT FOR TRANS 10507281 | $20.00 | $220.16 |
| 10507281 | 1/19/2026 | Credit | $20.00 | $20.00 | Payroll : TCN: 20260119165193 | PR3 1/3/26 DIV6 BARBERSHOP | | $200.16 |
| 10485159 | 1/15/2026 | CredPay | | | PAYMENT FOR TRANS 10485158 | $200.00 | $200.16 |
| 10485158 | 1/15/2026 | Credit | $200.00 | $200.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $0.16 |
| 10485157 | 1/15/2026 | StlmntRcpt | | | | $200.00 | $200.16 |
| 10485153 | 1/15/2026 | Settlement | | | | -$200.00 | $200.16 |
| 10485141 | 1/15/2026 | CredPay | | | PAYMENT FOR TRANS 10485140 | $200.00 | $200.16 |
| 10485140 | 1/15/2026 | Credit | $200.00 | $200.00 | JailATM : JailATM Web Deposit GC# 81545476 by Sebastian Villa Paid By: Sebastian Villa 819 W 194th St. | | $0.16 |

# 0350872 : Cruz, Jose

## DIV8 RTU 5C D2

| | Cook Checking Main Balance: | $41.44 |
|---|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Chicago Heights , IL 60411 | | |
| 10464666 | 1/13/2026 | BillPay | | | PAYMENT FOR TRANS 10464665 | -$72.81 | $0.16 |
| 10464665 | 1/13/2026 | Bill | $72.81 | $72.81 | Commissary : COMMISSARY 1/13/2026 REF:16954 | | $72.97 |
| 10460136 | 1/12/2026 | BillPay | | | PAYMENT FOR TRANS 10460135 | -$10.00 | $72.97 |
| 10460135 | 1/12/2026 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 1/12/2026 REF:16951 | | $82.97 |
| 10435390 | 1/9/2026 | CredPay | | | PAYMENT FOR TRANS 10435389 | $50.00 | $82.97 |
| 10435389 | 1/9/2026 | Credit | $50.00 | $50.00 | Western Union Deposits : TCN:9262935416260098|BETTY, HARPER | | $32.97 |
| 10411729 | 1/6/2026 | BillPay | | | PAYMENT FOR TRANS 10411728 | -$70.08 | $32.97 |
| 10411728 | 1/6/2026 | Bill | $70.08 | $70.08 | Commissary : COMMISSARY 1/6/2026 REF:16907 | | $103.05 |
| 10406996 | 1/5/2026 | BillPay | | | PAYMENT FOR TRANS 10406995 | -$20.00 | $103.05 |
| 10406995 | 1/5/2026 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 1/5/2026 REF:16904 | | $123.05 |
| 10355367 | 12/29/2025 | BillPay | | | PAYMENT FOR TRANS 10355366 | -$85.76 | $123.05 |
| 10355366 | 12/29/2025 | Bill | $85.76 | $85.76 | Commissary : COMMISSARY 12/29/2025 REF:16867 | | $208.81 |
| 10351625 | 12/28/2025 | CredPay | | | PAYMENT FOR TRANS 10351624 | $100.00 | $208.81 |
| 10351624 | 12/28/2025 | Credit | $100.00 | $100.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $108.81 |
| 10351623 | 12/28/2025 | StlmntRcpt | | | | $100.00 | $208.81 |
| 10351607 | 12/28/2025 | Settlement | | | | -$100.00 | $208.81 |
| 10351594 | 12/28/2025 | CredPay | | | PAYMENT FOR TRANS 10351593 | $100.00 | $208.81 |

# 0350872 : Cruz,  Jose
## DIV8 RTU 5C D2

| Cook Checking Main Balance: | $41.44 |
| --- | --- |

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10351593 | 12/28/2025 | Credit | $100.00 | $100.00 | JailATM : JailATM Web Deposit GC# 80940690 by Ilia Usharovich<br>Paid By: Ilia  Usharovich<br>700 Park Ave W Apt 206<br>Highland Park , IL  60035 | | $108.81 |
| 10341759 | 12/27/2025 | BillPay | | | PAYMENT FOR TRANS 10341758 | -$25.00 | $108.81 |
| 10341758 | 12/27/2025 | Bill | $25.00 | $25.00 | Commissary : COMMISSARY 12/27/2025 REF:16862 | | $133.81 |
| 10332181 | 12/25/2025 | CredPay | | | PAYMENT FOR TRANS 10332180 | $130.00 | $133.81 |
| 10332180 | 12/25/2025 | Credit | $130.00 | $130.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $3.81 |
| 10332179 | 12/25/2025 | StlmntRcpt | | | | $130.00 | $133.81 |
| 10332163 | 12/25/2025 | Settlement | | | | -$130.00 | $133.81 |
| 10332145 | 12/25/2025 | CredPay | | | PAYMENT FOR TRANS 10332144 | $130.00 | $133.81 |
| 10332144 | 12/25/2025 | Credit | $130.00 | $130.00 | JailATM : JailATM Web Deposit GC# 80856723 by Sebastian Villa<br>Paid By: Sebastian  Villa<br>819 W 194th St.<br>Chicago Heights , IL  60411 | | $3.81 |
| 10303735 | 12/22/2025 | BillPay | | | PAYMENT FOR TRANS 10303734 | -$121.74 | $3.81 |
| 10303734 | 12/22/2025 | Bill | $121.74 | $121.74 | Commissary : COMMISSARY 12/22/2025 REF:16836 | | $125.55 |
| 10289842 | 12/20/2025 | BillPay | | | PAYMENT FOR TRANS 10289841 | -$25.00 | $125.55 |
| 10289841 | 12/20/2025 | Bill | $25.00 | $25.00 | Commissary : COMMISSARY 12/20/2025 REF:16832 | | $150.55 |

# 0350872 : Cruz, Jose

## DIV8 RTU 5C D2

| | Cook Checking Main Balance: | $41.44 |
|---|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 10280515 | 12/19/2025 | CredPay | | | PAYMENT FOR TRANS 10280514 | $150.00 | $150.55 |
| 10280514 | 12/19/2025 | Credit | $150.00 | $150.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $0.55 |
| 10280513 | 12/19/2025 | StlmntRcpt | | | | $150.00 | $150.55 |
| 10280500 | 12/19/2025 | Settlement | | | | -$150.00 | $150.55 |
| 10280468 | 12/19/2025 | CredPay | | | PAYMENT FOR TRANS 10280467 | $150.00 | $150.55 |
| 10280467 | 12/19/2025 | Credit | $150.00 | $150.00 | JailATM : JailATM Web Deposit GC# 80619916 by Sebastian Villa Paid By: Sebastian Villa 819 W 194th St. Chicago Heights , IL 60411 | | $0.55 |
| 10253286 | 12/15/2025 | BillPay | | | PAYMENT FOR TRANS 10253285 | -$5.00 | $0.55 |
| 10253285 | 12/15/2025 | Bill | $5.00 | $5.00 | Commissary : COMMISSARY 12/15/2025 REF:16806 | | $5.55 |
| 10206558 | 12/9/2025 | BillPay | | | PAYMENT FOR TRANS 10206557 | -$120.26 | $5.55 |
| 10206557 | 12/9/2025 | Bill | $120.26 | $120.26 | Commissary : COMMISSARY 12/9/2025 REF:16775 | | $125.81 |
| 10202023 | 12/8/2025 | BillPay | | | PAYMENT FOR TRANS 10202022 | -$25.00 | $125.81 |
| 10202022 | 12/8/2025 | Bill | $25.00 | $25.00 | Commissary : COMMISSARY 12/8/2025 REF:16769 | | $150.81 |
| 10183012 | 12/6/2025 | CredPay | | | PAYMENT FOR TRANS 10183011 | $150.00 | $150.81 |
| 10183011 | 12/6/2025 | Credit | $150.00 | $150.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $0.81 |
| 10183010 | 12/6/2025 | StlmntRcpt | | | | $150.00 | $150.81 |

# 0350872 : Cruz, Jose

## DIV8 RTU 5C D2

| Cook Checking Main Balance: | $41.44 |
|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 10182997 | 12/6/2025 | Settlement | | | | -$150.00 | $150.81 |
| 10182983 | 12/6/2025 | CredPay | | | PAYMENT FOR TRANS 10182982 | $150.00 | $150.81 |
| 10182982 | 12/6/2025 | Credit | $150.00 | $150.00 | JailATM : JailATM Web Deposit GC# 80198988 by Sebastian Villa<br>Paid By: Sebastian Villa<br>819 W 194th St.<br>Chicago Heights , IL 60411 | | $0.81 |
| 10147479 | 12/1/2025 | BillPay | | | PAYMENT FOR TRANS 10147478 | -$9.00 | $0.81 |
| 10147478 | 12/1/2025 | Bill | $9.00 | $9.00 | Commissary : COMMISSARY 12/1/2025 REF:16735 | | $9.81 |
| 10093094 | 11/23/2025 | BillPay | | | PAYMENT FOR TRANS 10093093 | -$80.24 | $9.81 |
| 10093093 | 11/23/2025 | Bill | $80.24 | $80.24 | Commissary : COMMISSARY 11/23/2025 REF:16700 | | $90.05 |
| 10088992 | 11/22/2025 | BillPay | | | PAYMENT FOR TRANS 10088991 | -$20.00 | $90.05 |
| 10088991 | 11/22/2025 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 11/22/2025 REF:16697 | | $110.05 |
| 10073827 | 11/20/2025 | CredPay | | | PAYMENT FOR TRANS 10073826 | $100.00 | $110.05 |
| 10073826 | 11/20/2025 | Credit | $100.00 | $100.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $10.05 |
| 10073825 | 11/20/2025 | StlmntRcpt | | | | $100.00 | $110.05 |
| 10073812 | 11/20/2025 | Settlement | | | | -$100.00 | $110.05 |
| 10073789 | 11/20/2025 | CredPay | | | PAYMENT FOR TRANS 10073788 | $100.00 | $110.05 |
| 10073788 | 11/20/2025 | Credit | $100.00 | $100.00 | JailATM : JailATM Web Deposit GC# 79681423 by Sebastian Villa<br>Paid By: Sebastian Villa | | $10.05 |

# 0350872 : Cruz, Jose

## DIV8 RTU 5C D2

| Cook Checking Main Balance: | $41.44 |
|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| | | | | | 819 W 194th St. Chicago Heights , IL 60411 | | |
| 10052762 | 11/18/2025 | BillPay | | | PAYMENT FOR TRANS 10052761 | -$30.74 | $10.05 |
| 10052761 | 11/18/2025 | Bill | $30.74 | $30.74 | Commissary : COMMISSARY 11/18/2025 REF:16675 | | $40.79 |
| 10048311 | 11/17/2025 | BillPay | | | PAYMENT FOR TRANS 10048310 | -$20.00 | $40.79 |
| 10048310 | 11/17/2025 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 11/17/2025 REF:16672 | | $60.79 |
| 10025587 | 11/14/2025 | CredPay | | | PAYMENT FOR TRANS 10025586 | $55.00 | $60.79 |
| 10025586 | 11/14/2025 | Credit | $55.00 | $55.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $5.79 |
| 10025585 | 11/14/2025 | StlmntRcpt | | | | $55.00 | $60.79 |
| 10025572 | 11/14/2025 | Settlement | | | | -$55.00 | $60.79 |
| 10025553 | 11/14/2025 | CredPay | | | PAYMENT FOR TRANS 10025552 | $55.00 | $60.79 |
| 10025552 | 11/14/2025 | Credit | $55.00 | $55.00 | JailATM : JailATM Web Deposit GC# 79493136 by Stephanie Padilla Paid By: Stephanie Padilla 7934 w sunset dr Elmwood park, IL 60707 | | $5.79 |
| 10000883 | 11/11/2025 | BillPay | | | PAYMENT FOR TRANS 10000882 | -$56.71 | $5.79 |
| 10000882 | 11/11/2025 | Bill | $56.71 | $56.71 | Commissary : COMMISSARY 11/11/2025 REF:16646 | | $62.50 |
| 9996079 | 11/10/2025 | BillPay | | | PAYMENT FOR TRANS 9996078 | -$25.00 | $62.50 |
| 9996078 | 11/10/2025 | Bill | $25.00 | $25.00 | Commissary : COMMISSARY 11/10/2025 REF:16643 | | $87.50 |

JOSE Cruz # 20250729009
Cook County Jail - Division 8
2700 S. California Ave.
Chicago, IL. 60608


PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

7018 3090 0000 1751 5131

04/21/2026-17

RECEIVED
APR 21 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

APR 2 1 REC'D

To:

Clerk of The U.S. District
UNITED STATES Courthouse
219 S. Dearborn St. - 20th Flr.
Chicago IL. 60604