

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

 FILED 4/21/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JKS

Jose Cruz
**Plaintiff(s)**

v.

Cook County, Sharone Mitchell Jr.

**Defendant(s)**

)
)
)
)
)
)
)
)
)
)

Case No: _____

1:26-cv-04548
Judge Edmond E. Chang
Magistrate Judge Keri L. Holleb Hotaling

Judge: _____
PC 2
Random/Cat 3

## MOTION FOR ATTORNEY REPRESENTATION
### (NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, ___JOSE CRUZ___, declare that I am the (check appropriate box)
☑ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
**(NOTE: This item must be completed.)**
- Department of Justice
- A.R.D.C

but I have been unable to find an attorney because:
(I have a disability), ~~not incarcerated~~ IM currently incarcerated there no law library at C.C.J.D.O.C (limited Access to law)

3. I declare that (check all that apply):
(*Now:*)
☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
OR
☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

(*Earlier:*)
☐ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
OR
☑ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
☑ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☑ I declare that my highest level of education is (check one):

☐ Grammar school      ☐ Some high school      ☐ High school graduate

☑ Some college      ☐ College graduate      ☐ Post-graduate

6. ☑ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

_Jon Cruz #20250729009_
Movant's Signature

_2700 S. California Ave._
Street Address

_April 8, 2025 2026_
Date

_Chicago IL 60608_
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: Cruz vs Cross | Case No.: 08 CV 4873 |
|---|---|
| Attorney's Name: Cant Reehn | The case is still pending: Yes ___ No ✓ |
| The appointment was limited to settlement assistance: Yes ✓ No ___ | |

| Case Name: Cruz vs Dart, Cook County | Case No.: 11 CV 00630 |
|---|---|
| Attorney's Name: Scott Kamin | The case is still pending: Yes ___ No ✓ |
| The appointment was limited to settlement assistance: Yes ✓ No ___ | |

| Case Name: Cruz vs Cook County, Cormak | Case No.: 14 CV 7935 |
|---|---|
| Attorney's Name: Scott Kamin | The case is still pending: Yes ___ No ✓ |
| The appointment was limited to settlement assistance: Yes ✓ No ___ | |

JOSE Cruz # 2025072009
Cook County Jail - Division 8
2700 S. California Ave.
Chicago, Ib. 60608



CERTIFIED MAIL

7018 3090 0000 1751 5131

RECEIVED

APR 21 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

04/21/2026-17

APR 2 1 REC'D

To: Clerk of The U.S. District
UNITED STATES Courthouse
219 S. Dearborn St. - 20th Flr.
Chicago IL. 60604